IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GENE SMITH                                                                                    PLAINTIFF

v.                                    No. 4:12-cv-727-DPM

ARKANSAS MILITARY DEPARTMENT;
RAY MOIX, Individually and in his official
capacity as Director of the Arkansas Military
Department; DEPARTMENT OF STATE
RESOURCES; and JUDY BRAGG, Individually
and in her official capacity as Personnel
Manager for the Arkansas Military Department                       DEFENDANTS

JUDGMENT

Smith's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 June 2014